# United States District Court
## Violation Notice

**CVB Location Code:** CC71

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBJG000K | SMITH | 2370 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense |
|---|---|
| 07/04/2019   19:55 | FED   21USC   844A |

**Place of Offense:** POLIQUE CANYON RD.

**Offense Description: Factual Basis for Charge**   HAZMAT ☐
POSSESSION OF MARIJUANA.

FBJG000K

### DEFENDANT INFORMATION
**Phone:** (     )

| Last Name | First Name | M.I. |
|---|---|---|
| KUNKLE | RICHARD | E |

### VEHICLE    VIN:                CMV ☐

| Tag No. | State | Year | Make/Model   PASS ☐ | Color |
|---|---|---|---|---|
| 8JSB291 | CA | 2002 | SUBA | SIL |

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$30.00   Processing Fee

PAY THIS AMOUNT   Total Collateral

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| To Be Determined... | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBJG000K

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____July 4, 2019____ while exercising my duties as a law officer in the ____Central____ District of ____CA____

Pursuant to 16 USC 551: On Thursday July 4, 2019, Law Enforcement Officer K. Addison and I, LEO T. Smith, were on uniformed patrol of the San Bernardino National Forest. At approximately 1955 we received a report of several target shooters who were shooting in an unsafe direction on Polique Canyon Rd. Upon arrival, we noticed several young adult males who were target shooting with pellet guns. We made contact with the young adult males and informed them that they were shooting in an unsafe direction. During my investigation, I noticed a multi-colored glass pipe openly visible in the open hatch of a Subaru vehicle. Marijuana is a federally controlled substance and is illegal on all federal public lands. I continued my investigation by asking whom owned the glass pipe. Mr. Richard KUNKLE claimed ownership of the glass pipe. He further admitted to the possession of a small amount of personal use Marijuana. Next, I asked Mr. KUNKLE to produce the Marijuana to which he complied. The remainder of the Marijuana was located in a small glass jar. Next, I instructed the Federal Interagency Communications Center to complete a computerized records search of Mr. KUNKLE which returned clear of any wants and/or warrants. I subsequently confiscated the multi-colored glass pipe and the marijuana for evidentiary purposes. Lastly, I issued Mr. KUNKLE a Violation Notice for Simple Possession of a Controlled Substance (Marijuana). No further action was taken.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed ____July 4, 2019____ _[signature: Tylon Smith]_
          Date (mm/dd/yyyy)        Officer's Signature

☐ Probable cause has been stated for the issuance of a

Executed on: _____
             Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;    CMV = Commercial vehicle involved in incident